# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RSI ROCK SOLID INDUSTRIES INTERNATIONAL (PTY) LTD., <br><br>Plaintiff, <br><br>v. <br><br>CHRISTOPHER GRAJO, and BYND4x4, <br><br>Defendant. | Case No. 2:23-cv-02009-DJC-AC <br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** <br><br>Hon. Daniel J. Calabretta |

Pursuant to the Joint Stipulation to Extend Time To Answer Or Otherwise Respond to the Complaint, filed by the parties to this action;

IT IS HEREBY ORDERED that Defendants' Answer or Responsive Pleading shall be filed by January 30, 2024.

Dated: December 29, 2023        /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE